# United States Court of Appeals
## For the First Circuit

No. 24-1588

MICHAEL D. ARRINGTON,

Plaintiff - Appellant,

v.

MARTIN J. O'MALLEY, Commissioner of Social Security Administration,

Defendant - Appellee.

**ORDER OF COURT**

Entered: October 16, 2024
Pursuant to 1st Cir. R. 27(d)

     Appellee Martin J. O'Malley's unopposed motion to stay briefing pending the court's decision on the motion for summary disposition is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael Dewayne Arrington
Donald Campbell Lockhart
Amy C. Bland
Timothy Sean Bolen